UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FULYA EREN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-0359 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| MARS, INC., d/b/a ) | |
| THE NUTRO COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- The defendant's Motion for Summary Judgment (Docket No. 37) is **GRANTED**.

- The plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 18th day of June 2014.

_____
ALETA A. TRAUGER
United States District Judge

1